52 So.2d 888

**E. A. (Ed) HAMMETT v. STATE.**

**8 Div. 883.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.

Appeal dismissed.

62 So.2d 925

**Frank HATHORN, alias Hawthorne, v. STATE.**

**1 Div. 650.**

Court of Appeals of Alabama.
Nov. 25, 1952.

Douglas Stanard, Mobile, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

52 So.2d 888

**Jim HAYES v. STATE.**

**7 Div. 106.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.

Appeal dismissed.

53 So.2d 893

**Joseph HENDERSON v. CITY OF BIRMINGHAM.**

**6 Div. 221.**

Court of Appeals of Alabama.
May 1, 1951.
Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761; certiorari denied 254 Ala. 515, 48 So.2d 768.

52 So.2d 888

**Herman HILL v. STATE.**

**8 Div. 943.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.

Affirmed.